**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ERICA J.,

Plaintiff,

v.

FRANK BISIGNANO, *Commissioner of Social Security*,

Defendant.

Case No. 26-cv-4188 (LMP/ECW)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation ("R&R"), ECF No. 4, of United States Magistrate Elizabth Cowan Wright, which recommends dismissing Plaintiff Erica J.'s Complaint, ECF No. 1, without prejudice pursuant to the prescreen review provisions of 28 U.S.C. § 1915(e)(2)(B). The R&R also recommends denying Erica J.'s Application To Proceed in District Court Without Prepaying Fees or Costs, ECF No. 2, as moot. Erica J. has not formally objected to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation (ECF No. 4) is **ADOPTED**;
2. Plaintiff Erica J.'s Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3. Erica J.'s Application To Proceed Without Prepaying Fees or Costs (ECF No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 23, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge